■ In the Matter of CURT GUTHRIE, Appellant, v JAMES L. BERBARY, Superintendent, Collins Correctional Facility, et al., Respondents. [887 NYS2d 895]—Appeal from a judgment (denominated order) of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), entered August 19, 2008 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs as moot (*see Matter of Moissett v Travis*, 97 NY2d 673 [2001]; *see also Matter of Schwartz v Dennison*, 40 AD3d 218 [2007]). Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY D. MURAWSKI, Appellant. [887 NYS2d 886]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered January 11, 2008. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Semple*, 23 AD3d 1058, 1059 [2005], *lv denied* 6 NY3d 852 [2006]). Present—Hurlbutt, J.P., Centra, Fahey, Carni and Pine, JJ.